[Decided August 11, 1896.]
## MUNROE *v.* MUNROE.

APPEAL from Washington County.

Suit by Jackson Munroe against Edith Munroe and others to enforce some alleged claims against certain real estate. There was a decree for plaintiff and defendants appeal.

*Mr. Thomas H. Tongue,* for appellants.

*Messrs. Samuel B. Huston* and *Zera Snow,* for respondent.

The parties having settled their differences and stipulated for a dismissal, it was so ordered. No opinion.

DISMISSED.

[Decided December 29, 1897.]
## OREGON LAND COMPANY *v.* COFFEE.

Suit by the Oregon Land Company against H. T. Coffee, W. H. Stubbings, and others, to foreclose a mortgage. Stubbings and Marion County appeal from a decree for plaintiff.

*Messrs. Robert G. Morrow* and *Edward B. Watson,* for Stubbings.

*Mr. George G. Bingham,* for Marion County.

*Messrs. Bonham & Holmes,* for Oregon Land Company.

The matters in dispute having been settled herein by amicable agreement, a decree was entered in accordance with such settlement, and in all respects like the one in *Oregon Land Company* v. *Stubbings, ante,* p. 579.

MODIFIED.

[Decided November 8, 1897.]
## SHORNO v. KIEFER.

Suit by L. C. Shorno against M. B. Kiefer and others to enjoin the collection of a certain judgment. Decree for defendants, from which plaintiff appeals.

*Messrs. Cake & Cake,* for appellant.

*Mr. Benjamin P. Welch,* for respondents.

It appearing that the parties had agreed that the appeal should be dismissed, it was so ordered.

DISMISSED.

[Decided October 7, 1897.]
## FARWELL v. NEEDHAM.
(41 Pac. 936.)

From Linn: GEORGE H. BURNETT, Judge.

*Messrs. George G. Bingham* and *Thomas H. Tongue,* for appellant.

No appearance for respondent.